**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 23, 2020**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00651-CV

### DATA MANAGEMENT SOLUTIONS CORPORATIONS, Appellant

### V.

### UPSTREAM ENERGY SERVICES, LP, Appellee

**On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Cause No. 09-DCV-172561**

### MEMORANDUM OPINION

This is an appeal from a judgment signed May 4, 2018. On January 16, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.